ACCEPTED
01-15-00390-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/23/2015 12:49:21 PM
CHRISTOPHER PRINE
CLERK

# IN THE COURT OF APPEALS
## FOR THE FIRST APPELLATE DISTRICT

### NO. 01-15-00390-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/23/2015 12:49:21 PM
CHRISTOPHER A. PRINE
Clerk

## JOHN T. PRESTON and C CHANGE INVESTMENTS, LLC,

*Appellants*

**v.**

## EMJO INVESTMENTS, LTD. and H.J. VON DER GOLTZ

*Appellees*

### APPELLEES' THIRD UNOPPOSED MOTION
### FOR EXTENSION OF TIME TO FILE APPELLEES' BRIEFS

Appellees Emjo Investments, Ltd. and H.J. von der Goltz file this Third Unopposed Motion for Extension of Time to File Appellees' Briefs under the authority of Texas Rule of Appellate Procedure 10.5(b) and would respectfully show the following:

1.      This is an accelerated appeal from an order of the 215th Judicial District Court entered November 17, 2014, denying the Special Appearances of John T. Preston and C Change Investments, LLC.

2.      Preston and C Change filed separate opening briefs on June 12, 2015.

3.      Appellees' responsive briefs are due to be filed on or before July 27, 2015.

4.      This motion seeks an extension of time of 4 days, up to and including July 31, 2015, to file Appellees' responsive briefs.

5.      This is Appellees' third request for an extension to file their briefs. On

July 20, 2015, the Court granted Appellees' second request for an extension, setting the deadline to file as July 27, 2015. The court's order stated that no further extensions would be granted absent exceptional circumstances.

6. Counsel for Appellees has been ill with a stomach virus since July 20, 2015, and has been unable to work on the briefs due herein as well as other matters since that time and continues to be unable to work on same due to her health.

7. Counsel for Appellees believes that the four-day extension requested herein will not interfere with the trial of this matter, currently set for May 2016.

Wherefore Appellees Emjo Investments, Ltd. and H.J. von der Goltz respectfully request that the Court find that exceptional circumstances exist for a further extension and extend the time for them to file their responsive briefs by 4 days, up to and including July 31, 2015.

Respectfully submitted,

**ELLISON & KELLER, P.C.**

/s/Kelley M. Keller
By: Kelley M. Keller
State Bar No. 11198240
5120 Woodway, Suite 6019
Houston, Texas 77056
Telephone: 713-266-8200
Facsimile: 713-266-8201
kkeller@ellison-keller.com

*Attorneys for Appellees*

## CERTIFICATE OF CONFERENCE

I, Kelley M. Keller, certify that on July 23, 2015, I conferred with counsel for the Appellants regarding the briefing schedule in this appeal. Counsel for Appellants does not oppose the relief sought in this motion.

/s/Kelley M, Keller
Kelley M. Keller

## CERTIFICATE OF SERVICE

A true and correct copy of this *Appellees' Third Unopposed Motion for Extension of Time to File Appellees' Briefs* has been forwarded to all counsel of record on July 20, 2015, via email and/or eservice as follows:

Asher Griffin
Chris Sileo
Sean Flammer
SCOTT, DOUGLASS & MCCONNICO, LLP
600 Congress Ave., Ste 1500
Austin, Texas 78701-2589
Facsimile: 512-474-0731
agriffin@scottdoug.com

*Attorneys for Defendants*
*Chalsys Capital Partners, Meliora Energy*
*Technologies, S.a.r.L, and Sonia Lo*

F. Eric Fryar
Matthew Buschi
Christina Richardson
FRYAR LAW FIRM, P.C.
912 Prairie, Suite 100
Houston, Texas 77002-3145
Facsimile: 281-605-1888
eric@fryarlawfirm.com

*Attorneys for all Intervenors/Plaintiffs*

Jane Langdell Robinson
Jamie Aycock
AHMAD. ZAVITSANOS, ANAIPAKOS, ALAVI &
   MENSING P.C.
3460 One Houston Center
1221 McKinney Street
Houston. Texas 77010
Facsimile: 713-658-0062
sgorman@azalaw.com
jrobinson@azalaw.com
jamieaycock@azalaw.com

*Attorneys for Appellant Christoph Henkel*

/s/Kelley M. Keller
Kelley M. Keller